Elizabeth P. Lin (State Bar No. 174663)
**THE LIN LAW FIRM, APLC**
2705 S. Diamond Bar Blvd., Suite 398
Diamond Bar, CA 91765
Telephone: (909) 595-5522
Facsimile: (909) 595-5519
elizabethl@thelinlawfirm.com

Mark P. Kindall (State Bar No. 138703)
Robert A. Izard (admitted *pro hac vice*)
Jeffrey S. Nobel (admitted *pro hac vice*)
Nicole A. Veno (admitted *pro hac vice*)
**IZARD NOBEL LLP**
29 South Main Street, Suite 305
West Hartford, CT 06107
Telephone: (860) 493-6292
Facsimile: (860) 493-6290
mkindall@izardnobel.com
rizard@izardnobel.com
jnobel@izardnobel.com
nveno@izardnobel.com

Attorneys for Plaintiffs

# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JULIE FAGAN, MICHAEL FAGAN, MELISSA PENNELLATORE, AMY SAPEIKA and SHELLEY TRINCHERO, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>NEUTROGENA CORPORATION,<br><br>Defendant. | Case No.: EDCV 13-01316 SVW (OPx)<br><br>CLASS ACTION<br><br>**ORDER GRANTING VOLUNTARY DISMISSAL OF PLAINTIFF MICHAEL FAGAN'S INDIVIDUAL CLAIMS WITHOUT PREJUDICE** |

**[PROPOSED] ORDER GRANTING VOLUNTARY DISMISSAL OF PLAINTIFF MICHAEL FAGAN'S
INDIVIDUAL CLAIMS WITHOUT PREJUDICE**

## ORDER

The Court, having considered the stipulation of Plaintiffs JULIE FAGAN, MICHAEL FAGAN, MELISSA PENNELLATORE, AMY SAPEIKA and SHELLEY TRINCHERO, Individually and on Behalf of All Others Similarly Situated, and Defendant NEUTROGENA CORPORATION, hereby rules as follows:

> Michael Fagan's individual claims are hereby dismissed without prejudice pursuant to Federal Rule 41(a)(1)(A)(ii).

IT IS SO ORDERED.

DATED: February 11, 2014 _____

Hon. Stephen V. Wilson
United States District Judge

---

**[PROPOSED] ORDER GRANTING DISMISSAL OF PLAINTIFF MICHAEL FAGAN'S INDIVIDUAL CLAIMS WITHOUT PREJUDICE**