# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

### NOTICE OF DOCUMENT DISCREPANCIES

FILED
CLERK U.S. DISTRICT COURT
MAR 26 2014
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

To: ☒ U.S. District Judge / ☐ U.S. Magistrate Judge  Wilson

From: Shea Bourgeois , Deputy Clerk    Date Received: 3/24/14

Case No.: 5:13-cv-01316-SVW-OP    Case Title: _____

Document Entitled: Plaintiff's Amended Reply; Exhibit A

Upon the submission of the attached document(s), it was noted that the following discrepancies exist:

- ☐ Local Rule 5-4.1    Documents must be filed electronically
- ☐ Local Rule 6-1     Written notice of motion lacking or timeliness of notice incorrect
- ☐ Local Rule 7-19.1   Notice to other parties of ex parte application lacking
- ☐ Local Rule 7.1-1   No Certification of Interested Parties and/or no copies
- ☐ Local Rule 11-3.1   Document not legible
- ☐ Local Rule 11-3.8   Lacking name, address, phone, facsimile numbers, and e-mail address
- ☐ Local Rule 11-4.1   No copy provided for judge
- ☐ Local Rule 11-6    Memorandum/brief exceeds 25 pages
- ☐ Local Rule 11-8    Memorandum/brief exceeding 10 pages shall contain table of contents
- ☐ Local Rule 15-1    Proposed amended pleading not under separate cover
- ☐ Local Rule 16-7    Pretrial conference order not signed by all counsel
- ☐ Local Rule 19-1    Complaint/Petition includes more than 10 Does or fictitiously named parties
- ☐ Local Rule 56-1    Statement of uncontroverted facts and/or proposed judgment lacking
- ☐ Local Rule 56-2    Statement of genuine disputes of material fact lacking
- ☐ Local Rule 83-2.5   No letters to the judge
- ☐ Fed. R. Civ. P. 5   No proof of service attached to document(s)
- ☒ Other:   Lacking face page for Exhibit; Duplicate documents aren't under separate covers

**Please refer to the Court's website at www.cacd.uscourts.gov for Local Rules, General Orders, and applicable forms.**

### ORDER OF THE JUDGE/MAGISTRATE JUDGE

IT IS HEREBY ORDERED:

☒ The document is to be filed and processed. The filing date is ORDERED to be the date the document was stamped "received but not filed" with the Clerk. Counsel* is advised that any further failure to comply with the Local Rules may lead to penalties pursuant to Local Rule 83-7.

3/26/14
Date         U.S. District Judge / U.S. Magistrate Judge
             STEPHEN V. WILSON

☐ The document is **NOT** to be filed, but instead **REJECTED**, and is ORDERED returned to counsel.* Counsel* shall immediately notify, in writing, all parties previously served with the attached documents that said documents have **not** been filed with the Court.

Date         U.S. District Judge / U.S. Magistrate Judge

\* The term "counsel" as used herein also includes any pro se party. See Local Rule 1-3.

COPY 1 - ORIGINAL-OFFICE    COPY 2 - JUDGE    COPY 3 - SIGNED & RETURNED TO FILER    COPY 4 - FILER RECEIPT

CV-104A (06/13)             NOTICE OF DOCUMENT DISCREPANCIES