Elizabeth P. Lin (State Bar No. 174663)
**THE LIN LAW FIRM, APLC**
2705 S. Diamond Bar Blvd., Suite 398
Diamond Bar, CA 91765
Tel.: (909) 595-5522
Fax: (909) 595-5519
elizabethl@thelinlawfirm.com

Mark P. Kindall (State Bar No. 138703)
Robert A. Izard (admitted *pro hac vice*)
Jeffrey S. Nobel (admitted *pro hac vice*)
Nicole A. Veno (admitted *pro hac vice*)
**IZARD NOBEL LLP**
29 South Main Street, Suite 305
West Hartford, CT 06107
Tel.: (860) 493-6292
Fax: (860) 493-6290
mkindall@izardnobel.com
rizard@izardnobel.com
jnobel@izardnobel.com
nveno@izardnobel.com

Ronen Sarraf (admitted *pro hac vice*)
Joseph Gentile (admitted *pro hac vice*)
**SARRAF GENTILE LLP**
1055 Franklin Avenue, Suite 204
Garden City, New York 11530
Tel: (516) 699-8890
Fax: (516) 699-8968
ronen@sarrafgentile.com
joseph@sarrafgentile.com

Attorneys for Plaintiffs

# IN THE UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JULIE FAGAN, MELISSA PENNELLATORE, AMY SAPEIKA and SHELLEY TRINCHERO, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>NEUTROGENA CORPORATION,<br><br>Defendant. | Case No.:  EDCV 13-01316 SVW (OPx)<br><br>**JOINT STATUS REPORT**<br><br>Date:      June 2, 2014<br>Time:     1:30 p.m.<br>Before:   Hon. Stephen V. Wilson<br>Courtroom: 6 |

Pursuant to the Court's May 2, 2014 Order (Docket No. 91), the parties respectfully submit this joint status report setting forth their views as to whether the Court should postpone resolution of the class certification issue until the United States Supreme Court issues an opinion in *POM Wonderful LLC v. Coca-Cola Company*, U.S.S.C Case No. 12-761 (petition for certiorari filed Dec. 21, 2012, argued April 21, 2014), on the ground that the Supreme Court may address a preemption issue (or other issue relating to misleading labeling of food and drugs) that is potentially dispositive of this case.  For the reasons set forth below, both parties urge the Court not to adjourn the hearing on Plaintiffs' motion for class certification, presently scheduled for June 2, 2014.

The Supreme Court's decision in *POM Wonderful* is unlikely to be dispositive of this action.  The issue before the Court in *POM Wonderful* is whether claims concerning beverage labeling under the Lanham Act – not claims under state consumer fraud laws – are precluded.  The Ninth Circuit remanded the issue of whether POM's state law claims are expressly preempted by the Food, Drug and Cosmetic Act of 1938 ("FDCA").  *POM Wonderful LLC v. Coca Cola Co.*, 679 F.3d 1170, 1179 (9th Cir. 2012).  *See* 21 U.S.C. § 343-1 ("no State . . . may directly or indirectly establish under any authority or continue in effect as to any food in interstate commerce any requirement for the labeling of food of the type required [in specified sections of the FDCA] that is not identical to the requirement of such section . . . .").]

Coca Cola did argue that POM's Lanham Act claims are precluded because identical claims brought under state law would be preempted.  It is therefore possible that the Court may indirectly address the issue of state law preemption.  But based on a review of the briefs and oral argument, it is apparent that Coca Cola is seeking affirmance on the limited ground that POM's claims are barred because regulations promulgated by the United States Food and Drug Administration (the "FDA")

1

JOINT STATUS REPORT
Case No.:  EDCV 13-01316 SVW (OPx)
KL3 2972762.1

specifically authorize the name and label of the Coca Cola product in the precise respects challenged by POM.  By contrast here, the FDA has never addressed the circumstances under which the term "natural" can be used on drug or cosmetic labeling.

Accordingly, the parties urge the Court not to delay the hearing on the class certification issue.  If the Court nevertheless concludes that the Supreme Court's decision in *POM Wonderful* may be dispositive, the Court obviously has the option of holding any decision in abeyance until the Supreme Court renders its decision, probably by the end of next month.

DATED: May 19, 2014

Respectfully submitted,

KRAMER LEVIN NAFTALIS & FRANKEL LLP

By: /s/ Harold P. Weinberger
    Harold P. Weinberger (*admitted pro hac vice*)
    Eileen M. Patt (*admitted pro hac vice*)
    1177 Avenue of the Americas
    New York, New York  10036
    (212) 715-9100
    hweinberger@kramerlevin.com
    epatt@kramerlevin.com

*Attorneys for Defendant*

IZARD NOBEL LLP
By:  /s/ Mark P. Kindall
    Mark P. Kindall (SBN 138703)
    29 South Main Street, Suite 305
    West Hartford, CT 06107
    (860) 493-6292
    mkindall@izardnobel.com

*Attorneys for Plaintiffs*