UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | 5:13-cv-1316-SVW-OP | Date | May 21, 2014 |
|---|---|---|---|
| Title | Julie Fagan, et al. v. Neutrogena Corporation | | |

| Present: The Honorable | STEPHEN V. WILSON, U.S. DISTRICT JUDGE | |
|---|---|---|
| Paul M. Cruz | | N/A |
| Deputy Clerk | | Court Reporter / Recorder |
| Attorneys Present for Plaintiffs: | | Attorneys Present for Defendants: |
| N/A | | N/A |

**Proceedings:**   IN CHAMBERS ORDER re Defendant's Motion to Strike [107] & Ex Parte Application to Shorten Time for Hearing Thereon [108] & Plaintiff's Motion for Rule 16 Conference [109] & Additional Matters Relating to Class Certification

  Defendant's ex parte application to shorten time for briefing and hearing on its motion to strike plaintiff's second notice of supplemental authority [108] is GRANTED. Having reviewed the motion to strike and plaintiff's opposition thereto, the Court concludes the matter is suitable for determination without a hearing and accordingly VACATES the hearing on the motion to strike. The motion to strike [107] is DENIED. Any future notices of supplemental authorities filed in this case shall not exceed 30 words.

  Plaintiff's request for a Rule 16 conference [109] is GRANTED. The conference will be held on June 2, 2014, in conjunction with the hearing on plaintiff's motion for class certification and defendant's motion to exclude Dr. Howlett's testimony.

  On its own motion, the Court permits plaintiff to electronically file a brief not later than 1:00 p.m. on Wednesday, May 28, 2014, entitled "Supplemental Reply Regarding Class Certification," not to exceed 10 pages, responding to the arguments raised in defendant's surreply [92,103]. (*See* Dkt 104 at 1 n.1.) This supplemental reply brief may cite any portions of Mr. Weir's deposition transcript [93] and any other documents previously filed by the parties, but shall not be accompanied by any new declaration, exhibit, or other document.

  At the hearing on June 2, 2014, the parties shall be prepared to discuss whether resolution of the

|  | : |  |
|---|---|---|
| | Initials of Preparer | PMC |

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | 5:13-cv-1316-SVW-OP | Date | May 21, 2014 |
|---|---|---|---|
| Title | Julie Fagan, et al. v. Neutrogena Corporation | | |

class certification motion should be postponed until after consideration of a motion for summary judgment.

|  | : |
|---|---|
| Initials of Preparer | PMC |