UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 2013-01316-SVW | Date | June 2, 2014 |
|---|---|---|---|
| Title | Julie Fagan et al v. Neutrogena Corporation | | |

| Present: The Honorable | STEPHEN V. WILSON, U.S. DISTRICT JUDGE |
|---|---|

| Paul Cruz/Jesus Duneghy | Lisa Gonzalez |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Robert A. Izard | Eileen M. Patt |
| | Harold P. Weinberger |

**Proceedings:** [52] PLAINTIFFS' MOTION FOR CLASS CERTIFICATION
[90] MOTION FOR ORDER FOR EXCLUDING THE EXPERT TESTIMONY OF DR. ELIZABETH HOWLETT FILED BY DEFENDANT NEUTROGENA CORPORATION.

    Case called and the attorneys state their appearances. The Court defers ruling on Class Certification. The Court grants plaintiff 60 days to file a model. Defendant is given 30 days to file an opposition.

: 49

Initials of Preparer     JD