# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| | | | |
|---|---|---|---|
| Case No. | 5:13-cv-01316-SVW-OP | Date | April 28, 2016 |
| Title | Julie Fagan et al v. Neutrogena Corporation | | |

**Present: The Honorable** STEPHEN V. WILSON, U.S. DISTRICT JUDGE

| Paul M. Cruz | N/A |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| N/A | N/A |

**Proceedings:**   IN CHAMBERS ORDER FOR ADDITIONAL BRIEFING

    The Court has closely followed the numerous "natural" labeling cases currently pending before courts in the Ninth Circuit. However, the facts in this case differ somewhat from those cases. Accordingly, the parties are invited to file briefs (up to five pages in length) stating their position on whether the case should be stayed in light of, *inter alia*, the Food and Drug Administration's pending guidance on the use of the term "natural," *see Kane v. Chobani, LLC*, No. 14-15670, 2016 WL 1161782, at *1 (9th Cir. Mar. 24, 2016), or the Ninth Circuit's pending consideration of other "natural" labeling claims, *e.g.*, *Brazil v. Dole Food Co.*, 14-17480 (9th Cir.); *see also Mains v. Whole Foods Mkt. California, Inc.*, No. 5:12-CV-05652-EJD (N.D. Cal. Apr. 18, 2016) (Order Granting Plaintiff's Motion to Stay). The parties should file their submissions with the Court no later than May 20, 2016.

IT IS SO ORDERED.

                                                                                    :

Initials of Preparer      PMC