# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JULIE FAGAN, MELISSA PENNELLATORE, AMY SAPEIKA and SHELLEY TRINCHERO, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>NEUTROGENA CORPORATION,<br><br>Defendant. | Case No.: 5:13-cv-01316-SVW-OP<br><br>CLASS ACTION<br><br>**ORDER GRANTING PLAINTIFFS' MOTION FOR RELIEF FROM STAY**<br><br>Date: July 17, 2017<br>Judge: Hon. Stephen V. Wilson<br>Place: Courtroom 6 – 2nd Floor<br>312 N. Spring Street<br><br>JS-5 |

Having considered Plaintiffs' Motion for Relief from the stay entered by this Court on July 7, 2016 (ECF No. 166), and it appearing that good cause exists for the granting thereof, the Court hereby GRANTS the Motion for Relief from Stay.

The matter is set for a status conference on July 31, 2017 at 1:30 p.m.

IT IS SO ORDERED.

Dated: June 30, 2017

_____
HON. STEPHEN V. WILSON
UNITED STATES DISTRICT JUDGE

[PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION FOR RELIEF FROM STAY

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**[PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION FOR RELIEF FROM STAY**