HAROLD P. WEINBERGER (admitted pro hac vice)
hweinberger@kramerlevin.com
EILEEN M. PATT (admitted pro hac vice)
epatt@kramerlevin.com
KRAMER LEVIN NAFTALIS & FRANKEL LLP
1177 Avenue of the Americas
New York, New York 10036
Telephone: (212) 715-9100
Facsimile: (212) 715-8000

LISA KOBIALKA (State Bar No. 191404)
lkobialka@kramerlevin.com
KRAMER LEVIN NAFTALIS & FRANKEL LLP
990 Marsh Road
Menlo Park, CA 94025
Telephone: (650) 752-1700
Facsimile: (650) 752-1800

Attorneys for Defendant
NEUTROGENA CORPORATION

## IN THE UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JULIE FAGAN, MELISSA PENNELLATORE, AMY SAPEIKA and SHELLEY TRINCHERO, Individually and on Behalf of All Others Similarly Situated, <br><br> Plaintiffs, <br><br> v. <br><br> NEUTROGENA CORPORATION, <br><br> Defendant. | Case No.: EDCV 13-01316 SVW (OPx) <br><br> HON. STEPHEN V. WILSON <br><br> **JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE** |

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), the parties to the above-captioned action hereby stipulate to a dismissal of the action with prejudice, with each party to bear its own costs and attorneys' fees, and waiving any right of appeal.

Dated:  November 30, 2017     KRAMER LEVIN NAFTALIS
                                                      & FRANKEL LLP

By:  /s/ *Harold P. Weinberger*
   Harold P. Weinberger (*admitted pro hac vice*)
   Eileen M. Patt (*admitted pro hac vice*)
   Kramer Levin Naftalis & Frankel LLP
   1177 Avenue of the Americas
   New York, New York  10036
   (212) 715-9100
   hweinberger@kramerlevin.com
   epatt@kramerlevin.com

   Lisa Kobialka (State Bar No. 191404)
   990 Marsh Road
   Menlo Park, CA  94025
   (650) 752-1700
   lkobialka@kramerlevin.com

   *Attorneys for Defendant*
   *Neutrogena Corporation*

Dated:  November 30, 2017     IZARD, KINDALL & RAABE, LLP

By: /s/ *Mark P. Kindall*
   Mark P. Kindall (State Bar No. 138703)
   Robert A. Izard (*admitted pro hac vice*)
   Izard, Kindall & Raabe, LLP
   29 South Main Street, Suite 305

1

West Hartford, CT 06107
Telephone: (860) 493-6292
Facsimile: (860) 493-6290
mkindall@ikrlaw.com
rizard@ikrlaw.com

Elizabeth P. Lin (State Bar No. 174663)
The Lin Law Firm, APLC
1142 S. Diamond Bar Blvd., Suite 807
Diamond Bar, CA 91765
Telephone: (909) 595-5522
Facsimile: (909) 595-5519
elizabethl@thelinlawfirm.com

Ronen Sarraf (*admitted pro hac vice*)
Joseph Gentile (*admitted pro hac vice*)
Sarraf Gentile LLP
14 Bond Street, Suite 212
Great Neck, New York 11021
Tel: (516) 699-8890
Fax: (516) 699-8968
ronen@sarrafgentile.com
joseph@sarrafgentile.com

Nicole A. Veno (*admitted pro hac vice*)
Law Office of Nicole A. Veno
573 Hopmeadow Street
Simsbury, CT 06070
Telephone: (860) 474-4024
Facsimile: (860) 474-3207
nveno@venolaw.com

*Attorneys for Plaintiffs Julie Fagan, Amy Sapeika, Melissa Pennellatore and Shelley Trinchero*

2

1  Filer's Attestation: I certify that the other signatory listed, on whose behalf the filing is submitted, concurs in the filing's content and has authorized the filing.

2

3                           /s/ *Harold P. Weinberger*
4                           Harold P. Weinberger (*admitted pro hac vice*)

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27                                    3

28